UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

ELECTRONIC
SERVICE
REQUESTED



PRESORTED
FIRST CLASS

$ 00.38⁴

MAILED FROM ZIP



FILED

MAR 1 5 2013

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Robert James Winkler
The Offices of Robert James Winkler
2207 Garnet Avenue
Suite N
San Diego, CA 92109

NIXIE         918   1E 1          70  02/19/13
              RETURN  TO  SENDER
            ATTEMPTED  -  NOT  KNOWN
              UNABLE  TO  FORWARD
BC:  92101380620        *2708-00236-15-18

92101038896